**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVEIANA NAZARIO, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:19-cv-07844 |
| v. | |
| SIRIUS XM RADIO, INC., | |
| Defendant. | |

**DEFENDANT SIRIUS XM'S
MOTION TO DISMISS FOR FAILING TO STATE A CLAIM OR, IN THE
ALTERNATIVE, TO STAY PENDING THE SEVENTH CIRCUIT'S
DECISION IN _GADELHAK_ v. _AT&T SERVICES, INC._**

NOW COMES Defendant Sirius XM Radio Inc. ("Sirius XM"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 12, and hereby moves to dismiss Plaintiff's Complaint for failing to state a claim or, in the alternative, to stay pending the Seventh's Circuit's decision in _Gadelhak v. AT&T Services, Inc._ In support of its Motion, Sirius XM submits its Memorandum of Law, filed contemporaneously herewith, and incorporates the same as if fully set forth herein.

WHEREFORE, Defendant Sirius XM respectfully requests that the Court dismiss Plaintiff's Complaint for failing to state a claim or, in the alternative, to stay pending the Seventh's Circuit's decision in _Gadelhak v. AT&T Services, Inc._

Dated: January 8, 2020                    Respectfully submitted,


                                     */s/ Christopher A. Hall*

Christopher A. Hall
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
Email: chall@jonesday.com

Thomas Demitrack (*pro hac vice* forthcoming)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Email: tdemitrack@jonesday.com

Lee A. Armstrong (*pro hac vice* forthcoming)
JONES DAY
250 Vesey Street
New York, New York
Tel: (212) 326-3939
Email: laarmstrong@jonesday.com

*Attorneys for Defendant Sirius XM Radio Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher A. Hall, certify that on January 8, 2020, I caused the foregoing to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.


*/s/ Christopher A. Hall*
Christopher A. Hall