**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVEIANA NAZARIO,<br><br>                *Plaintiff*,<br><br>-against-<br><br>SIRIUS XM RADIO INC.,<br><br>                *Defendant*. | Case No.: 1:19-cv-07844<br><br>Hon. Charles R. Norgle, Sr. |

**NOTICE OF THE SUPREME COURT'S GRANT OF CERTIORARI IN *BARR v. AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS INC.***

                                      Christopher Adam Hall
                                      JONES DAY
                                      77 West Wacker
                                      Chicago, Illinois 60601-1692
                                      Tel: (312) 782-3939
                                      Email: chall@jonesday.com

                                      Thomas Demitrack (*pro hac vice* forthcoming)
                                      JONES DAY
                                      North Point
                                      901 Lakeside Avenue
                                      Cleveland, OH 44114-1190
                                      Tel: (216) 586-3939
                                      Email: tdemitrack@jonesday.com

                                      Lee A. Armstrong (*pro hac vice* forthcoming)
                                      JONES DAY
                                      250 Vesey Street
                                      New York, New York
                                      Tel: (212) 326-3939
                                      Email: laarmstrong@jonesday.com
                                      *Attorneys for Defendant Sirius XM Radio Inc.*

Sirius XM Radio Inc. respectfully writes to inform the Court that the Supreme Court granted certiorari in *Barr v. American Association of Political Consultants, Inc. See* __ S. Ct. __, 2020 WL 113070 (U.S. Jan. 10, 2020) (mem.). Sirius XM addressed the then-pending *Barr* certiorari petition in its motion to dismiss or to stay filed last week. *See* Dkt. 10 at 14, 15. *Barr* will consider the same questions raised in Sirius XM's motion to dismiss or to stay: whether the TCPA's restrictions on calls placed using an "automatic telephone dialing system" are impermissibly content-based and, if so, whether the proper remedy is to invalidate the prohibition or to sever the content-based exemptions. *See* Pet. for Cert. i, *Barr v. Am. Ass'n of Political Consultants, Inc.*, No. 19-631 (U.S.) (asking the Court to consider these questions), *available at* https://tinyurl.com/sm5nvbm.

In light of the date on which the Supreme Court granted certiorari, it can be expected that the Court will issue its decision by June 2020, the end of the current Term.

Dated: January 13, 2020                                        Respectfully submitted,

                                        */s/ Christopher A. Hall*

                                        Christopher Adam Hall
                                        JONES DAY
                                        77 West Wacker
                                        Chicago, Illinois 60601-1692
                                        Tel: (312) 782-3939
                                        Fax: (312) 782-8585
                                        Email: chall@jonesday.com

                                        Thomas Demitrack (*pro hac vice* forthcoming)
                                        JONES DAY
                                        North Point
                                        901 Lakeside Avenue
                                        Cleveland, OH 44114-1190
                                        Tel: (216) 586-3939
                                        Fax: (216) 579-0212
                                        Email: tdemitrack@jonesday.com

Lee A. Armstrong (*pro hac vice* forthcoming)
JONES DAY
250 Vesey Street
New York, New York
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: laarmstrong@jonesday.com
*Attorneys for Defendant Sirius XM Radio Inc.*

**CERTIFICATE OF SERVICE**

    I, Christopher A. Hall, hereby certify that on January 13, 2020, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

    */s/ Christopher A. Hall*