**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVEIANA NAZARIO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>Defendants. | Case No. 1:19-cv-07844<br><br>Honorable Charles R. Norgle |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that EVEIANA NAZARIO (the "Plaintiff") and SIRIUS XM RADIO, INC. (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: March 12, 2020

Respectfully submitted,

**EVEIANA NAZARIO**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com