## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EVEIANA NAZARIO, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>   Defendants. | Case No. 1:19-cv-07844<br><br>Honorable Charles R. Norgle |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, EVEIANA NAZARIO and the Defendant SIRIUS XM RADIO, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant SIRIUS XM RADIO, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 11, 2020

EVEIANA NAZARIO

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

SIRIUS XM RADIO, INC.

*/s/ Christopher A. Hall (with consent)*
Christopher A. Hall
*Counsel for Defendant*
Jones Day
77 West Wacker
Chicago, Illinois 60601
Phone: (312) 782-3939
chall@jonesday.com